**Nikola Blagoev**
c/o The UPS Store, 338 Jericho Tpke, Syosset, NY 11791
Phone: 631-800-3901
Email: projects@nickblagoev.com

September 15, 2025

Presiding Judge
Clerk's Office
401 Courthouse Square
Alexandria, VA 22314



    **Re**: *Case No. 25-cv-740 — Objection to Forthcoming Motion to Withdraw as Counsel*

I am writing to notify the Court of urgent concerns regarding the forthcoming motion to withdraw by my attorney, Waleed Risheq of Morgan & Morgan, in the above-referenced case. My attorney has informed me of his intent to file the motion by September 14, 2025, and I wish to alert the Court to the substantial risk of prejudice to my rights should such withdrawal be permitted at this time. My attorney asked me to consent to his withdrawal and to sign the motion; I declined for the reasons explained below, as withdrawal at this stage would significantly prejudice my ability to protect my interests.

Currently, there is a pending motion to dismiss, with an accompanying brief filed by the opposing party, and a hearing scheduled. Withdrawal of counsel under these circumstances would leave me unrepresented at a critical juncture, severely jeopardizing my ability to respond effectively to these filings. Moreover, as explain below, I have been unable to secure replacement counsel despite diligent efforts. Finally, I cannot represent myself *pro se* in federal court in a complex $10 million legal malpractice action arising from an underlying permanent personal injury, as I am not an attorney.

I have actively sought replacement counsel over the past three weeks, but no attorney has agreed to take the case. A significant reason attorneys have declined representation is that this matter was previously nonsuited in circuit court and subsequently refiled in federal court nine months ago but with no trial date yet, making it a complex, three-year-old case. Prospective counsel have further noted that current counsel has not retained any experts (and most recently declined to retain the vocational experts referenced below) or conducted depositions during that time, and that they do not accept cases already at this advanced stage. These circumstances demonstrate that obtaining replacement counsel is not realistically possible.

The case also involves substantial economic damages. I have consulted with nationally recognized vocational experts, Kincaid Wolstein Vocational & Rehabilitation Services, who regularly testify in federal court. Following a preliminary and extensive consultation, these experts indicated that my economic damages alone may approach $1 million. They further confirmed their ability to prepare two expert reports and to testify at trial. Timely retention and involvement of these experts are essential to credibly substantiate my economic damages. My engagement agreement with Morgan & Morgan provides for coverage of expert retention and testimony, and my attorney has told me that his law firm has a designated account to pay such experts. Withdrawal at this stage would impede the proper engagement of these experts and materially prejudice my case.

Should the Court deny the motion to withdraw, I trust that my current counsel will reconsider his position and retain the experts necessary to litigate my case effectively. He should continue to represent me zealously and competently, fully protecting my economic interests and pursuing the highest possible pre-trial settlement or court award, given my severe, career-ending, and life-altering permanent injury, the favorable economic damages estimate by Kincaid Wolstein, and the defendants' negligence, which resulted in the dismissal of my underlying case with prejudice due to my former counsel's violation of a court order.

Given these circumstances, I respectfully request that the Court require my attorney to remain as counsel of record through trial and until the completion of this case, in order to protect my rights, ensure that critical deadlines are met, and allow expert preparation to proceed without disruption.

I greatly appreciate the Court's attention and consideration.

Respectfully submitted,

Nikola Blagoev
Plaintiff

cc: Waleed Risheq, Morgan & Morgan
    John Morgan, Founder, Morgan & Morgan