IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

NICOLA BLAGOEV,

Plaintiff,

v. Civil Action No. 1:25-cv-740

JOSEPH M. KIRCHGESSNER, ESQ.

AND

WOEHRLE DAHLBERG YAO, PLLC,

Defendants

MOTION TO WITHDRAW

COMES NOW counsel for the Plaintiff, NICOLA BLAGOEV, and respectfully requests to be allowed to withdraw as counsel. In support of this motion, counsel states as follows:

1. During representation there has been a deterioration of our attorney client relationship.

2. There are fundamental differences between counsel and the client regarding how to proceed with the case and what is required to successfully litigate the matter.

3. The relationship has become irreparable.

4. Based on these differences counsel cannot, in good faith, continue to represent Mr. Blagoev in his case.

5. Counsel has repeatedly asked Mr. Blagoev to find new counsel so there can be a seamless transition, however Mr. Blagoev has not retained new counsel.

WHEREFORE, counsel respectfully requests that this Court enter an order relieving the Waleed Risheq and Morgan and Morgan as counsel of record in the above styled matter.

  */s/ Waleed K. Risheq*
Waleed K. Risheq, Esquire (VSB No. 94962)
Morgan & Morgan, DC PLLC
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Tel: (202) 772-0569
Email: wrisheq@forthepeople.com
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that on 10/20/2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Furthermore, this motion was emailed to Mr. BLAGOEV at projects@nickblagoev.com.


  */s/ Waleed K. Risheq*
Waleed K. Risheq, Esquire (VSB No. 94962)
Morgan & Morgan, DC PLLC
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Tel: (202) 772-0569
Email: wrisheq@forthepeople.com
Counsel for Plaintiff